Order issued September 24 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00701-CV

**CITY OF DALLAS, Appellant**

**V.**

**FREDERICK SALYER, Appellee**

## ORDER

The Court has before it appellee's September 18, 2012 unopposed second motion for extension. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by October 20, 2012. No further extensions will be granted absent a showing of extraordinary circumstances.

MOLLY FRANCIS
JUSTICE